UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CORNWALL HOLDINGS,

                Plaintiff(s),

-v-                                          No. 09 Civ. 9233 (LTS)

HSBC BANK,

                Defendant(s).
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02 MAR 2010

## ORDER

The Initial Pretrial Conference scheduled for February 26, 2010, is rescheduled for **March 12, 2010, at 3:15 p.m.** in Courtroom 11C.

Dated: New York, New York
       March 2, 2010

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge